UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY TIAN HUANG,<br><br>    Defendant.<br>_____/ | No. CR-13-0731 EMC<br><br>**ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS** |

For the reasons stated on the record at the March 12 and 26, 2014 hearings on the motion, Defendant's motion to suppress is **DENIED**. This order memorializes and supplements that ruling at the hearing. The Court found that the warrantless protective sweep, while supported by probable cause, was not justified by exigent circumstances. Nonetheless, the Court concluded that under *U.S. v. Murray*, 487 U.S. 533 (1988), *U.S. v. Hill*, 55 F.3d 478 (9th Cir. 1995) and their progeny: (1) the warrant was justified by probable cause even ignoring the evidence found during the protective search, and (2) the agents would have sought a warrant if they had not earlier entered the warehouse. As to (2), the Court noted that among other things, in addition to the substantial evidence supporting probable cause based on the confidential sources and reported observations of the officers, the surveillance was part of a lengthy investigation in which a significant amount of investigatory resources had been invested, the suspected criminal activity was serious, and the officer's cover appeared to have been blown at the time of their encounter and detention of co-defendant Zhang. Furthermore, at the time of the surveillance leading to that encounter, the officers had already decided to seek a warrant and had drafted most of the supporting papers. This is corroborated by the

fact that they obtained the judge's signature on the search warrant (for which fairly lengthy documentation was submitted) less than two hours after they detained Mr. Zhang.  Because *Murray* and *Hill* are satisfied, the warrant was free of the taint of the warrantless protective search.  The motion is suppress is denied.

　　　　IT IS SO ORDERED.

Dated:  March 28, 2014

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge

2